

# Fourth Court of Appeals
## San Antonio, Texas

May 27, 2021

No. 04-21-00114-CV

Zulema **GARZA**,
Appellant

v.

Zulema J. **GARZA,** Jose Juan Garza, III, Andres Garza, Alejandro Garza, and Gabriel Garza,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2020-CVK-002209-D1
Honorable Joe Lopez, Judge Presiding

# O R D E R

The reporter's record in this case was originally due May 10, 2021, but was not filed. On May 13, 2021, this court notified court reporter Cynthia Perez Lenz that the reporter's record was late and directed her to either: (1) file a Notification of Late Record within five days or (2) file the reporter's record within ten days. Ms. Lenz did not respond to our letter. Accordingly, we **ORDER** Ms. Lenz to file the reporter's record **by June 7, 2021**. If Ms. Lenz does not comply with this order, we may initiate contempt proceedings.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of May, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court